| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Newman, Kendall J. | 2. Court or Organization<br><br>District Court - Eastern District of California | 3. Date of Report<br><br>04/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>501 I Street<br>Room 8-220<br>Sacramento, California 95814 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | self-employed writer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | | | | | | | | | |
| 2. Chicago Bridge & Iron Co. stock | A | Dividend | J | T | | | | | |
| 3. General Electric Co. stock | A | Dividend | J | T | | | | | |
| 4. Home Depot Inc. stock | A | Dividend | J | T | | | | | |
| 5. Honeywell International Inc. stock | A | Dividend | J | T | | | | | |
| 6. Ishares DJ US Basic Mtls SCTR | A | Dividend | J | T | | | | | |
| 7. Ishares DJ US Energy SCTR Index | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 8. | A | Dividend | J | T | Buy (add'l) | 06/23/11 | J | | |
| 9. Ishares DJ US Healthcare Sctr | A | Dividend | J | T | | | | | |
| 10. Ishares MSCI Brazil (free) index | A | Dividend | J | T | | | | | |
| 11. Ishares MSCI Canada Index FD | A | Dividend | J | T | | | | | |
| 12. Ishares MSCI Hong Kong Ind FD | A | Dividend | J | T | | | | | |
| 13. Ishares MSCI South Korea Ind FD | A | Dividend | J | T | | | | | |
| 14. Ishares S&P 500 Value Index | A | Dividend | J | T | | | | | |
| 15. Ishares S&P 500 Growth Index | A | Dividend | J | T | | | | | |
| 16. Ishares S&P Mid Cap 400 Value | A | Dividend | J | T | | | | | |
| 17. Ishares S&P Mid Cap 400 Growth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares S&P small cap 600 value | A | Dividend | J | T | | | | | |
| 19. Ishares Small Cap 600 Growth | A | Dividend | J | T | | | | | |
| 20. Pepsico Inc NC stock | A | Dividend | | | Sold | 02/23/11 | J | A | |
| 21. Powershares Dynamic Biotechnology | A | Dividend | J | T | | | | | |
| 22. Powershares QQQ TR | A | Dividend | J | T | | | | | |
| 23. The India Fund Inc | | None | J | T | | | | | |
| 24. Alpha Natural Resources Inc stock | | None | J | T | | | | | |
| 25. Amer Intl GP Inc New stock | | None | | | Sold | 02/15/11 | J | A | |
| 26. AT&T Inc stock | A | Dividend | J | T | | | | | |
| 27. Baxter Intl Inc stock | A | Dividend | | | Sold | 12/20/11 | J | | |
| 28. Ishares MSCI EAFE Fund | A | Dividend | | | Sold | 12/20/11 | J | A | |
| 29. Ishares MSCI Hong Kong Ind FD | A | Dividend | J | T | Sold (part) | 12/20/11 | J | A | |
| 30. Ishares MSCI South Korea Ind FD | A | Dividend | J | T | | | | | |
| 31. Ishares Russell Microcap | A | Dividend | | | Sold | 02/15/11 | J | A | |
| 32. Ishares S&P 500 Value Index | A | Dividend | J | T | Sold (part) | 12/20/11 | J | A | |
| 33. Ishares S&P Growth Index | A | Dividend | J | T | Sold (part) | 12/20/11 | J | A | |
| 34. Ishares S&P Midcap 400 Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ishares SP smallcap 600 Index | A | Dividend | J | T | Sold (part) | 12/20/11 | J | B | |
| 36. Johnson & Johnson stock | A | Dividend | J | T | | | | | |
| 37. Powershares Dynamic Biotechnology | A | Dividend | J | T | Sold (part) | 12/20/11 | J | A | |
| 38. Powershares QQQ TR | A | Dividend | J | T | | | | | |
| 39. Powershares WLDHill Clean energy | A | Dividend | | | Sold | 12/20/11 | J | | |
| 40. Stryker Corp stock | A | Dividend | J | T | | | | | |
| 41. The India Fund | A | Dividend | J | T | Sold (part) | 07/14/11 | J | A | |
| 42. | A | Dividend | J | T | Sold (part) | 12/20/11 | J | | |
| 43. United Technologies Corp | A | Dividend | J | T | | | | | |
| 44. Ishares DJ US Healthcare SCTR | A | Dividend | J | T | Sold (part) | 07/14/11 | J | A | |
| 45. Ishares MSCI Brazil (Free) Index | A | Dividend | J | T | Sold (part) | 07/14/11 | J | B | |
| 46. Ishares MSCI EAFE Fund | A | Dividend | J | T | Sold (part) | 02/23/11 | J | A | |
| 47. Ishares MSCI Hong Kong Ind FD | A | Dividend | J | T | Sold (part) | 07/14/11 | J | B | |
| 48. Ishares MSCI South Korea Ind FD | A | Dividend | J | T | Sold (part) | 07/14/11 | J | B | |
| 49. Ishares S&P 500 Growth Index | A | Dividend | J | T | | | | | |
| 50. Ishares S&P 500 Value Index | A | Dividend | J | T | | | | | |
| 51. Ishares S&P Midcap 400 Index | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | A | Dividend | J | T | Sold (part) | 07/14/11 | J | B | |
| 53. Ishares SP Smallcap 600 Index | A | Dividend | J | T | Buy (add'l) | 02/23/11 | J | | |
| 54. | A | Dividend | J | T | Sold (part) | 07/14/11 | J | A | |
| 55. Powershares Dynamic Biotechnology | A | Dividend | J | T | Sold (part) | 07/14/11 | J | A | |
| 56. The India Fund | | None | J | T | | | | | |
| 57. Morgan Stanley Bank N.A. | A | Interest | J | T | | | | | |
| 58. First US Community Credit Union | A | Interest | J | T | | | | | |
| 59. Green Mountain Coffee | A | Dividend | J | T | | | | | |
| 60. Wesco Intl Inc | A | Dividend | J | T | | | | | |
| 61. Johnson Controls Inc | A | Dividend | J | T | | | | | |
| 62. Enterprise Product Partners LP | | None | | | Buy | 01/06/11 | J | | |
| 63. | | | | | Sold | 02/23/11 | J | A | |
| 64. JA Solar Holdings Co Ltd | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 65. ARM Holdings PLC | A | Dividend | J | T | Buy | 02/23/11 | J | | |
| 66. S&P North American Tech Soft | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 67. SPDR S&P Oil & Gas Equip SVC | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 68. | A | Dividend | J | T | Buy (add'l) | 06/23/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ISHARES DJ US Tech Index Fund | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 70. Advanced Micro Devices | A | Dividend | J | T | Buy | 05/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Kendall J. | 04/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Kendall J. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544